```
AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Avenue, Ste. 650
Las Vegas, NV 89102
Ph: (702) 384-4111
Fx: (702) 384-8222
email: bk@aaronpaternoster.com
Attorneys for Debtor(s)
```

## UNITED STATE BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                   )  BK S-10-19298-BAM
                                         )  Chapter 7
**JEFFREY BOLZ and GINA BOLZ**           )
                                         )  Trustee: **Lenard Schwartzer**
                                         )
                                         )
           Debtors.                      )
                                         )  Date: 9/07/2010
                                         )  Time: 1:30 p.m.

### DEBTORS' NON-OPPOSITION TO MOTION

### FOR RELIEF FROM AUTOMATIC STAY

TO: Gregory Wilde, Esq. of the Law Offices of WILDE & ASSOCIATES, Attorneys for U.S. BANK, N.A.

COME NOW, Debtor, JEFFREY BOLZ and GINA BOLZ, and offers this Non-Opposition to Creditor, U.S. BANK, N.A.'S Motion for Relief From Stay.

Debtors filed a Voluntary Petition for bankruptcy in the U. S. Bankruptcy Court for the District of Nevada as captioned above.

At the time of the filing, Debtors owned property located at 5213 Tamanar Drive, Las Vegas, NV 89130. Debtors admit they are in default with the mortgage payments, and as such, Debtors will not oppose Creditor U.S. BANK, N.A.'S Motion to Lift Stay with regard to said property.

Dated : August 4, 2010

**AARON & PATERNOSTER**

By: /s/ Matthew E. Aaron
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
Attorneys for Debtor(s)

**CERTIFICATE OF SERVICE**

1. On August 4, 2010, I served the following document(s)

   **Debtors' Non-Opposition To Motion For Relief From Automatic Stay.**

2. I served the above-named document(s) by the following means to the persons as listed below:

   x    a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary.)

   Trustee Lenard Schwartzer: trustee@s-mlaw.com

   x    b. United States mail, postage fully prepaid, addressed as follows: (List persons and addresses. Attach additional paper if necessary.)

   Gregory Wilde, Esq.
   WILDE & ASSOCIATES
   212 South Jones Blvd.
   Las Vegas, NV 89107

   o    c. Personal Service (List persons and addresses. Attach additional paper if necessary)

   I personally delivered the document(s) to the persons at these addresses:

   o    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

   o    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   o    d. By direct email (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   o    e. By fax transmission (List persons and fax numbers. (Attach additional paper if necessary)

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   o    f. By messenger (List persons and addresses. Attach additional paper if

| | |
|---|---|
| 1 | necessary) I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service). |
| 2 | |
| 3 | |
| 4 | I declare under penalty of perjury that the foregoing is true and correct. |
| 5 | Signed on: August 4, 2010 |
| 6 | *[signature]* <br> An employee of Aaron & Paternoster, Ltd |